# UNITED STATES DISTRICT COURT

_____EASTERN_____  **District of**  _____CALIFORNIA_____

| | |
|---|---|
| TIMOTHY S. DAUBERT,<br>                    Plaintiff<br><br>                    V.<br><br>CITY of LINDSAY,<br>                    Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br>CASE NUMBER: 1:10-cv-00015-OWW-SMS |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this ____8th____ day of _____January_____, __2010__ .

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer